IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY HARGROVE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:11-cv-02687 |
| | § | |
| COURTNEY R. PALMERTREE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER APPOINTING COUNSEL

On August 7, 2014, this Court entered an Order (Dkt. No. 67) which, among other things, granted Plaintiff Larry Hargrove's Motion for Appointment of Counsel (Dkt. No. 63). On or about August 15, 2014, Bracewell & Giuliani LLP accepted representation of Mr. Hargrove at the request of the Court. Accordingly, pursuant 28 U.S.C. § 1915(e)(1), the Court hereby appoints the law firm of Bracewell & Giuliani LLP generally, and the following attorneys, specifically, to represent Mr. Hargrove in the proceedings before the Court:

>Marcy E. Kurtz
>Texas Bar No. 11768600
>marcy.kurtz@bgllp.com
>713.221.1206 *Tel.*
>713.221.2125 *Facsimile*
>
>Jonathon K. Hance
>Texas Bar No. 24065364
>Jonathon.Hance@bgllp.com
>713.221.1125 *Tel.*
>800.404.3970 *Facsimile*
>
>Edmund W. Robb, IV
>Texas Bar No. 24080036
>Edmund.Robb@bgllp.com
>713.221.1237 *Tel.*
>800.404.3970 *Facsimile*

Entered this 10th day of March, 2015.

_____
United States District Judge